IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD CARR,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 14-3954 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this   13th   day of January, 2015, it is hereby **ORDERED** that this case is DISMISSED in its entirety without prejudice because his state court conviction is not yet final which renders federal *habeas* review premature.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.